UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CR 18-40042 |
| Plaintiff, | * | |
| vs. | * | ORDER |
| BRANDON GUSTAV McGUIRE, | * | |
| Defendant. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Defendant filed a Plea Agreement, Statement of Factual Basis, and a Plea Agreement Supplement. A hearing to take the plea was held before the Magistrate Judge on August 23, 2018, and Judge Duffy issued a Report and Recommendation that Defendant's plea be accepted and recommending to this Court that the Defendant be adjudged guilty as charged in Count 1 of the Indictment which charged him with conspiracy to distribute a controlled substance in violation of 21 U.S.C. §§ 841(a)(1) and 846. After a careful review of the file, and the parties having waived their right to object to the Report and Recommendation,

    IT IS ORDERED that the Magistrate Judge's Report and Recommendation is ADOPTED by the Court, and the Defendant Brandon Gustav McGuire is adjudged guilty.

Dated this 24th day of August, 2018.

BY THE COURT:

_____
Lawrence L. Piersol
United States District Judge

ATTEST:
MATTHEW W. THELEN, CLERK
BY: _____
    Deputy